**FILED**
CLERK, U.S. DISTRICT COURT

JUN 26, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

1  Dawn M. Knepper CA Bar No. 208862
   dawn.knepper@ogletreedeakins.com
2  Angela Pak CA Bar No. 240177
   angela.pak@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Park Tower, Suite 1500
4  695 Town Center Drive
   Costa Mesa, CA  92626
5  Telephone:  714.800.7900
   Facsimile:   714.754.1298
6
   Attorneys for Defendants ASHLEY FURNITURE
7  INDUSTRIES, INC. and STONELEDGE FURNITURE
   LLC
8

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SERRANO,<br><br>           Plaintiff,<br><br>      v.<br><br>ASHLEY FURNITURE INDUSTRIES, INC.; STONELEDGE FURNITURE LLC; and DOES 1 through 100, Inclusive,<br><br>           Defendants. | Case No. EDCV14-00342 SVW (RZx)<br>Hon. Stephen V. Wilson<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[Filed and Served Concurrently with Proposed Order]<br><br>Removal Filed: February 24, 2014 |

**IT IS SO ORDERED.**

DATED: June 26, 2014  _____

_[signature: Stephen V. Wilson]_
_____
**STEPHEN V. WILSON**
**UNITED STATES DISTRICT JUDGE**

TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed *with prejudice* pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

DATED: June ___, 2014    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Dawn M. Knepper
Dawn M. Knepper
Angela Pak

Attorneys for Defendants ASHLEY FURNITURE INDUSTRIES, INC. and STONELEDGE FURNITURE LLC

DATED: June ___, 2014    MANCINI & ASSOCIATES

By: /s/ Michael R. Fostakowsky
Marcus A. Mancini
Timothy J. Gonzales
Michael R. Fostakowsky
Meghan E. George

Attorneys for Plaintiff LUIS SERRANO

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Dawn M. Knepper, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June ___, 2014    By: /s/ Dawn M. Knepper

# PROOF OF SERVICE
*Luis Serrano v. Ashley Furniture Industries, Inc., et al.*
Case No. EDCV14-00342 SVW (RZx)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On June ___, 2014 , I served the following document(s):

**STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

☒ **BY CM/ECF SYSTEM:** I caused the above-referenced document(s) to be sent by electronic transmittal to the Clerk's Office using the CM/ECF System for filing which generated a Notice of Electronic Filing to the CM/ECF registrants in this case.

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as stated on the attached mailing list.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June ___, 2014 , at Costa Mesa, California.

_____     _____
Type or Print Name                                              Signature

Serrano_ Dismissal with

1      Case No. EDCV14-00342 SVW (RZx)
PROOF OF SERVICE

## SERVICE LIST

Marcus A. Mancini
Timothy J. Gonzales
Michael R. Fostakowsky
Meghan E. George
MANCINI & ASSOCIATES
15303 Ventura Boulevard, Suite 600
Sherman Oaks, CA  91403
(818) 783-5757 Telephone
(818) 783-7710 Fax
*Attorneys for Plaintiff, LUIS SERRANO*